IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DAVID WILLIAM KNARR,

Plaintiff,

v.

KIRK E. TIBBETTS,

Defendant.

Case No. 6:26-cv-01411-AP

**ORDER**

MCSHANE, Judge:

Plaintiff, a self-represented litigant, filed this action in July 2026. Plaintiff's Complaint was deficient in several respects, and on July 14, 2026, Plaintiff was allowed thirty days in which to file an Amended Complaint. July 14, 2026 Order, ECF No. 4; *see also* July 24, 2026 Order, ECF No. 6. Plaintiff was advised that the failure to do so would result in the dismissal of this action, with prejudice. *Id.* To date, Plaintiff has not filed an Amended Complaint or otherwise responded to the Court's Order. Accordingly, this action is DISMISSED with prejudice for failure to state a claim.

IT IS SO ORDERED.

DATED this 2nd day of September 2026.

s/Michael J. McShane
MICHAEL MCSHANE
United States District Judge